LOCKE LORD BISSELL & LIDDELL LLP
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071-3119
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

NOTE: CHANGES MADE BY THE COURT

Attorneys for Defendants
HOMECOMINGS FINANCIAL, LLC and
EXECUTIVE TRUSTEE SERVICES, LLC
(incorrectly sued as ETS Services, LLC)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEMUS and ROSA ISELA LEMUS,<br><br>    Plaintiffs,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL, LLC; ETS SERVICES, LLC; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. SACV09-00180 AG (MLGx)<br><br>Hon. Andrew J. Guilford<br><br>**ORDER AWARDING ATTORNEYS' FEES AND COSTS IN CONNECTION WITH MOTION TO EXPUNGE NOTICE OF ACTION PENDING (LIS PENDENS)**<br><br>Date: March 23, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 10D |

1

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND COSTS
*Lemus v. Homecomings Financial, LLC, et al.,* Case No. SACV09-00180 AG (MLGx)

Having granted Defendants Homecomings Financial, LLC's and Executive Trustee Services, LLC's Motion to Expunge the Lis Pendens recorded by Plaintiffs Martin Lemus and Rosa Isela Lemus, the Court hereby awards Defendants their attorneys' fees of $8,027.50 in connection with the motion pursuant to California Code of Civil Procedure § 405.38.

The Court ORDERS that Plaintiffs Martin Lemus AND Rosa Isela Lemus shall be jointly and severally liable for Defendants' attorneys' fees in the amount of $8,027.50.

**IT IS SO ORDERED.**

DATED:   April 6, 2009

_____
Hon. Andrew J. Guilford
United States District Court Judge
Central District of California

2

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND COSTS
*Lemus v. Homecomings Financial, LLC, et al.,* Case No. SACV09-00180 AG (MLGx)