LOCKE LORD BISSELL & LIDDELL LLP
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071-3119
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendants
HOMECOMINGS FINANCIAL, LLC and
EXECUTIVE TRUSTEE SERVICES, LLC
(incorrectly sued as ETS Services, LLC)

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEMUS and ROSA ISELA LEMUS, <br><br> Plaintiffs, <br><br> vs. <br><br> HOMECOMINGS FINANCIAL, LLC; ETS SERVICES, LLC; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. SACV09-00180 AG (MLGx) <br><br> Hon. Andrew J. Guilford <br><br> **JUDGMENT** |

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1  On March 23, 2009, this Court granted Defendants' Motion to Dismiss the
2  above captioned Complaint [Docket No. 12] and granted Plaintiff until April 7, 2009
3  to file an amended complaint.  Plaintiff has failed to file an amended complaint in the
4  time frame provided.  Therefore:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. The Case is DISMISSED WITH PREJUDICE; and

2. Judgment is hereby entered in favor of Defendants.

**IT IS SO ORDERED.**

DATED:   April 10, 2009            _____
                                    Hon. Andrew J. Guilford
                                    United States District Court Judge
                                    Central District of California